### LAZARUS et v. CLEVE. HOUSE. SUPPLY CO.

Ohio Appeals, 8th Dist., Cuyahoga Co.

J. M. Andrus and Rothenberg & Smith, Cleveland, for Lazarus et.

Bernsteen & Bernsteen, Cleveland, for Household Supply Co.

SULLIVAN, J.

**1. 114. ATTORNEY & CLIENT.**
Inattention to professional duty on part of attorney with reference to pending litigation, whereby default judgment is entered, will not be excused because party himself is negligent.

**2. 1223. VACATION—of Judgments.**
In addition to negligence involving unavoidable casualty and misfortune, within Sect. 11631, Subd. 7 GC., providing for vacation of judgment, valid defense must be tendered.

**3. 677. JUDGMENTS & DECREES.**
Where defendant, served with process, left summons at office of his attorney during latter's illness and during which illness default was entered, and where defendant had probable defense, setting aside default, under Sect. 11631, Subd. 7, GC., for unavoidable casualty and misfortune, held not abuse of discretion.
(Levine, PJ., and Vickery, J., concur.)
For reference to full opinion, see Omnibus Index, last page, this issue.

## Weekly Report of NEW CASES DOCKETED

For full history of these cases see Omnibus Index, last page.

**July 24, 1928**
21300—Knobelsdorf v. Leopold Furniture Co.; motion for Cuyahoga Appeals to certify. A. C. Hasse, Cleveland, for plaintiff; Schaefer & Lawrence, Cleveland, for defendant.
21301—Davidson et v. Davidson et; motion for Lawrence Appeals to certify. Bannon & Bannon, Portsmouth; Oppenheimer, Dickson, Hodgson, Brown & Donnelly, St. Paul, Minn., for plaintiff; L. R. Andrews and A. R. Johnson, Ironton, for defendants.

**July 25, 1928**
21302 Ohio Electric Power Co. v. State ex Martin, Pros. Atty.; error to Huron Appeals. Fauver & Fauver, Elyria, and W. R. Pruner, Norwalk, for plaintiff; Chas. Suhr, Edgar G. Martin and G. R. Craig, Norwalk, for defendant.
21303—Harvard Mtge. Co. v. Nelson et; motion for Cuyahoga Appeals to certify. Ford, Taylor & Hasselman and John A. Elden, Cleveland, for plaintiff; Vickery & Vickery, Cleveland, for defendants.
21304—Maryland Casualty Co. v. Klies, Admr., etc; motion for Lucas Appeals to certify. J. M. Diven, Toledo, for plaintiff; Holbrook & Banker, Lee, H. Schmick, Toledo, for defendant.
21305—Nat. Tourist Camp & Fire Co. v. Miami Oil Co.; motion for Miami Appeals to certify. Kenneth Little, Columbus, for plaintiff; L. H. Shipman, Troy, for defendant.

**July 26, 1928**
21306—Creager, Admr. v. Dayton Power & Light Co. et; motion for Montgomery Appeals to certify. W. A. Swaney, Otterbein Creager, Dayton, for plaintiff; Mathews & Mathews, for Dayton Pr. & Lt. Co.; F. E. Hershey and R. R. Heskett, Dayton, for defendant.
21307—Campbell v. Woster et; motion for Hamilton Appeals to certify. Miller & Elston and Ernst, Cassatt & Cottle, Cincinnati, for plaintiff; Nichols, Morrill, Marx, Wood & Ginter, Cincinnati, for defendants.
21308—Browning Brothers Amusement Co. v. Mater, Jr., etc.; motion for Summit Appeals to certify. Rockwell & Grant for plaintiff; Smoyer & Smoyer, Akron, for defendant.
21309—Desure et v. Mitchell et; motion for Summit Appeals to certify. Harris & Holub, for plaintiff; Shreck, Stevens & Hargrave, Canton, for defendants.

**July 27, 1928**
21310—Yetter v. Tremper et; motion for Erie Appeals to certify. Ray Speers, Sandusky, for plaintiff; King, Ramsey & Flynn, Sandusky for defendant.
21311—Schnoff v. Union Trust Co.; motion for Cuyahoga Appeals to certify. Geiger & Williams, Cleveland, for plaintiff; Boyd, Cannon, Brooks & Wickham, Cleveland, for defendant.